TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Christopher Guoin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-0296-JAD-PAL |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING AND DISPOSITION** |
| CHRISTOPHER GUOIN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, CHRISTOPHER GUOIN, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the Sentencing and Disposition in the above-captioned matter currently set for Monday September 11, 2017 be reset for at least 2 weeks during the week of September 18-22, 2017 or September 25-29, 2017.

This Stipulation is entered into for the following reasons

1. Mr. Leventhal is in Trial for U.S. vs. Levine, and will not be available.
2. Mr. Leventhal will commence another trial in October, U.S. vs. Bundy et al, that is expected to last from 7 to 12 weeks. Therefore, the parties request that the matter be reset for the week of September 18-22 or September 25-29 at a time convenient for the court.

3. Mr. Guoin is currently in custody and agrees with this request.

4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to continue the hearing.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 7th day of September, 2017.

/s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Counsel for Mr. Gouin

/s/ Susan Cushman  
SUSAN CUSHMAN  
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal  
TODD M. LEVENTHAL, ESQ.  
Leventhal & Associates, PLLC  
Nevada Bar No. 008543  
California Bar No. 223577  
626 S. 3rd Street  
Las Vegas, Nevada 89101  
T: 702-472-8686  
leventhalandassociates@gmail.com  
Attorney for: Mr. Gouin

1  TODD M. LEVENTHAL, ESQ
   LEVENTHAL AND ASSOCIATES PLLC.
2  Nevada Bar No. 008543
   California Bar No.223577
3  626 South Third Street
   Las Vegas, Nevada 89101
4  (702) 472-8686
   leventhalandassociates@gmail.com
5  *Attorney for Christopher Guoin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-0296-JAD-PAL |
| Plaintiff, ) | |
| vs. ) | |
| CHRISTOPHER GUOIN, ) | |
| Defendant. ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal is in Trial for U.S. vs. Levine, and will not be available.
2. Mr. Leventhal will commence another trial in October, U.S. vs. Bundy et al, that is expected to last from 7 to 12 weeks. Therefore, the parties request that the matter be reset for the week of September 18-22 or September 25-29 at a time convenient for the court.
3. Mr. Guoin is currently in custody and agrees with this request.
4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to continue the hearing.

////

////

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

1. For all the above-stated reasons, the ends of justice would best be served by granting the requested continuance of the current Sentencing date to either the week of September 18 through 22 or September 25 through 29 at a time convenient for the court.

**ORDER**

Accordingly, IT IS SO ORDERED that the current Sentencing of Mr. Guoin is vacated and the same is continued and reset for September 29, 2017, at the hour of 10:00 a.m.

9/8/2017

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of September, 2017 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING AND DISPOSITION** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Susan Cushman:   susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

 /s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.