# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Christopher Guoin**

Case Number: **2:16CR00296**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **September 29, 2017**

Original Offense: **Conspiracy to Distribute a Controlled Substance - Methamphetamine**

Original Sentence: **57 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **January 19, 2021**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Do Not Commit Another Crime** - **You must not commit another federal, state or local crime.**

   On October 22, 2021, Guoin committed the following offenses: Conspiracy to Violate Uniform Controlled Substance Act, a violation of Nevada Revised Code 453.401.1a, a felony; Possession to Sell Schedule I Drug, a violation of Nevada Revised Code 453.337.2a, a felony; Own/ Possess Gun by Prohibited Person, a violation of Nevada Revised Code 202.360.1, a felony; Use or Possess Drug Paraphernalia, a violation of Nevada Revised Code 453.566, a misdemeanor; and Resist a Public Officer, a violation of Nevada Revised Code 199.280.3, a misdemeanor.

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

On October 22, 2021, at approximately 1234 hours, a Trooper with the Nevada Highway Patrol was dispatched to a call for an abandoned vehicle on SR160 near mile marker Clark 34. The trooper observed a second vehicle behind the vehicle that was abandoned. The trooper contacted Christopher Guoin, who was identified by his Nevada Driver License. Guoin stated that he thought the vehicle that was on the side of the road was possibly his friends and he was just looking at it. The trooper noted Guoin appeared nervous and did not want to make eye contact with the trooper. At one point, Guoin stated, "I'm not going to say anymore". Based on the suspicious activity the trooper asked Guoin to remain near the patrol vehicle while he spoke with the driver of the vehicle, he arrived in. The trooper spoke with the female driver identified as Jennifer Kay Dutcher who stated that Guoin advised her to pull over to see if there was anything they could get from the vehicle. The trooper asked both occupants if they were on Parole and both stated "yes". Guoin advised he was on Federal Parole and Dutcher stated that she was on State Parole.

Based on the suspicious behavior of Guoin, and Dutcher stating that Guoin was going to burglarize the vehicle the trooper advised Dutcher to exit the vehicle. The trooper placed Dutcher into the rear of the patrol vehicle due to him being a solo officer with no back up units available. The trooper attempted to place Guoin in restraints, at which time Guoin yanked his hand away once the trooper got a restraint on his right hand. The trooper presented his taser and advised Guoin that he was going to be tased, at this time Guoin and the trooper went to the ground where the trooper was able to apply the left restraint with the assistance of an off-duty Nye County Sheriff's Deputy.

During a search of the vehicle, troopers located a large amount of methamphetamine and an AR-15 style rifle with a short barrel located in the rear seat within reach of both Dutcher and Guoin. Located in a bag was a small zip up case with a glass pipe with suspected burnt methamphetamine residue and a marijuana smoking instrument. The trooper advised Guoin that he was under arrest, and he was read his Miranda Rights. Guoin stated that he was willing to tell the trooper "everything" if he let Dutcher go.

Guoin stated that the items were his and Dutcher had no knowledge of the items. In speaking with Dutcher, she stated that she drove Guoin to a house, and he was there for a brief time and then walked out with a wrapped-up package. Dutcher advised officers that she was aware of Guoin picking up the suspected methamphetamine but stated she was unaware of the firearm. Guoin was asked how much the suspected methamphetamine weighed and he stated that he had just purchased it for $300 and it was two ounces or approximately 56 grams. When speaking with Guoin about his intentions with the large

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

quantity of methamphetamine, he stated he would sell one ounce in Pahrump for approximately $220. He stated that he was trying to trade the firearm for one pound of methamphetamine from a dealer in California because then he would then make more money.

Guoin is currently in Clark County Detention Center custody and his next court date in Las Vegas Justice court case 21-CR-049051 is scheduled for October 26, 2021, at 7:30 AM for a status check on filing of criminal complaint in the matter.

2. **<u>Do Not Unlawfully Possess Controlled Substance</u> - You must not unlawfully possess a controlled substance.**

   As reflected in allegation #1, on October 22, 2021, Guoin was found in possession of two ounces of methamphetamine. Guoin was the passenger of the vehicle at the time of police contact and admitted ownership of the methamphetamine and his intentions to sell the methamphetamine for financial profit.

3. **<u>Must Not Interact With Criminals</u> - You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.**

   On October 22, 2021, Guoin was engaged in criminal activity with a convicted felon by the name of Jennifer Kay Dutcher. Specifically, Guoin was the passenger in a vehicle that was driven by Dutcher which contained methamphetamine and an AR-15 style firearm. According to the officers, Dutcher is being supervised by Nevada State Parole and Probation stemming from a 2019 Kidnapping felony conviction. Her supervision commenced on September 1, 2020 and is scheduled to expire on February 27, 2023. Guoin did not have permission to associate with Dutcher.

4. **<u>Must Not Possess Firearms</u> - You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).**

   As reflected in allegation #1, on October 22, 2021, Guoin was found in possession of an AR-15 style rifle. Guoin was the passenger of the vehicle at the time of police contact and admitted ownership of the AR-15 style rifle.

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

5. **Work Full Time** - **You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.**

On October 25, 2021, the undersigned officer telephonically contacted a supervisor at Guoin's reported employer-California Blowpipe. The supervisor stated Guoin's employment was terminated approximately "three or four weeks ago." The supervisor stated Guoin was suspended for a week and was ultimately fired due to showing up late for work and not following the rules of the company. Guoin failed to inform the undersigned officer that he was terminated from his employment.

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **October 25, 2021**

*Digitally signed by Nickie Pipilakis*
*Date: 2021.10.25 11:13:12 -07'00'*

Nickie Pipilakis
United States Probation Officer

Approved:

*Digitally signed by Todd Fredlund*
*Date: 2021.10.25 11:09:08 -07'00'*

Todd J. Fredlund
Supervisory United States Probation Officer

---

*THE COURT ORDERS*

☐ No Action.
☒ The issuance of a warrant.
☐ The issuance of a summons.
☐ Other:

_____
Signature of Judicial Officer

10/25/2021
_____
Date

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. CHRISTOPHER GUOIN,  2:16CR00296

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### October 25, 2021

By way of case history, on September 29, 2021, Your Honor sentenced Guoin to a term of 57 months custody in the Bureau of Prisons followed by a 36-month term of supervised release for committing the offense of Conspiracy to Distribute a Controlled Substance- Methamphetamine. Guoin commenced his term of supervised release on January 19, 2021.

As detailed in this petition, on October 22, 2021, Guoin committed multiple felony offenses, to include: Conspiracy to Violate Uniform Controlled Substance Act, a violation of Nevada Revised Code 453.401.1a, a felony; Possession to Sell Schedule I Drug, a violation of Nevada Revised Code 453.337.2a, a felony; Own/ Possess Gun by Prohibited Person, a violation of Nevada Revised Code 202.360.1, a felony; Use or Possess Drug Paraphernalia, a violation of Nevada Revised Code 453.566, a misdemeanor; and Resist a Public Officer, a violation of Nevada Revised Code 199.280.3, a misdemeanor.

Guoin was a passenger of a vehicle that was being driven by another felon, Jennifer Kay Dutcher for which he did not have permission to associate with. Located in this vehicle was an AR-15 style firearm, drug paraphernalia, and approximately 56 grams of methamphetamine. Guoin admitted to the officers on scene that the methamphetamine and firearm belonged to him. Moreover, Guoin admitted that his intent was to sell the methamphetamine. Also, he admitted his intent was to sell the firearm so he could purchase additional methamphetamine.

On October 25, 2021, the undersigned officer telephonically contacted a supervisor at Guoin's reported employer-California Blowpipe. The supervisor stated Guoin's employment was terminated from the company "three or four weeks ago." He stated Guoin was suspended for a week and was ultimately fired due to showing up late for work and not following the rules of the company. Guoin failed to inform the undersigned officer that he was terminated from his employment.

Pursuant to 18 U.S.C. § 3583(g)(1) revocation is mandatory for possession of a controlled substance in violation of the condition set forth in subsection (d). In addition, pursuant to 18 U.S.C. § 3583(g)(2), revocation is mandatory for possessing a firearm.  Guoin was in possession of methamphetamine and an AR-15 style rifle when contacted by law enforcement officers on October 22, 2021.  By all accounts Guoin appears to be involved in criminal activities and is spiraling out of control as detailed in this petition. The fact Guoin is driving around with an AR-15 style rifle and two ounces of methamphetamine in a vehicle clearly suggests he is a danger to himself and the community. Also, Guoin resisted arrest wherein the trooper was forced to take the offender to the ground to gain control, clearly demonstrating he is a flight risk.

RE: Christopher Guoin

Prob12C
D/NV Form
Rev. March 2017

Guoin is a Criminal History Category V in which he has a long history of violence and substance abuse. It is important to note while under Pretrial supervision in this matter Guoin violated by committing a new crime. It is apparent there is not a single condition or combination of conditions that can ensure his compliance pending revocation proceedings. It is respectfully requested the court issue a warrant for Guoin and he remain in custody pending his revocation hearing before this Court.

Respectfully submitted,

Digitally signed by Nickie Pipilakis
Date: 2021.10.25 11:14:57 -07'00'

Nickie Pipilakis
United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.10.25 11:09:27 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer