UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER GUOIN,<br><br>  Defendant. | Case No. 2:16-cr-00296-JAD-PAL<br><br>**ORDER**<br><br>ECF No. 343 |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, October 30, 2023 at 2:30 p.m., be vacated and continued to February 12, 2024, at 3:00 p.m.

   DATED this 26th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE