UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

CHRISTOPHER GUOIN,

    Defendant.

Case No. 2:16-cr-00296-JAD-PAL

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for April 15, 2024 at 2:30 p.m., be vacated and continued to June 17, 2024 at the hour of 11:00 a.m.

    DATED this 11th day of April, 2024.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3