# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CHRISTOPHER GUOIN,

        Defendant.

Case No. 2:16-cr-00296-JAD-PAL-5

**ORDER**

      IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 17, 2024 at 11:00 a.m., be vacated and continued to August 19, 2024 at the hour of 10:00 a.m.

      DATED this 14th day of June, 2024.

_____

UNITED STATES DISTRICT JUDGE

3