UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00296-JAD-PAL-5 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER GUOIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for August 19, 2024 at 10:00 a.m., be vacated and continued to October 28, 2024 at the hour of 11:30 a.m.

DATED this 29th day of July, 2024.

_____
Jennifer A. Dorsey
United States District Judge

3