**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00296-JAD-PAL-5 |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTOPHER GUOIN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 28, 2024 at 11:30 a.m., be vacated and continued to November 14, 2024 at the hour of 9:30 a.m.

DATED this 23rd day of October, 2024.

_____
Jennifer A. Dorsey
Unite d States District Judge

3